KEITH A. HOWARD                    ]
      Petitioner,               ]
                    ]
v.                                ]        No. 3:12-0082
                    ]        Judge Sharp
STATE OF TENNESSEE, et al.         ]
      Respondents.              ]

# O R D E R

The Court is in receipt of a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus, and an application to proceed in forma pauperis (Docket Entry No.2).

The petitioner is an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee. It appears from his application that he lacks sufficient financial resources to pay for the costs of the action. Therefore, the Clerk will file the petition in forma pauperis. 28 U.S.C. § 1915(a).

The Court has conducted a preliminary review of the petition and finds that the petitioner has stated a colorable claim for relief. Rule 4, Rules --- § 2254 Cases. Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules --- § 2254 Cases, within thirty (30) days of the date of entry of this order on the docket. The response shall state whether this case is a second or successive petition

under 28 U.S.C. § 2244 (b)(3)(A). The respondent shall also address the question of whether the petition is timely.

The Clerk is directed to serve a copy of the petition and this order by certified mail on the respondent, Derrick Schofield, and the Attorney General of Tennessee. Rule 4, Rules --- § 2254 Cases.

It is so ORDERED.


Kevin H. Sharp
United States District Judge