UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH A. HOWARD ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:12-0082 |
| ] | Judge Sharp |
| HENRY STEWARD, WARDEN ] | |
|     Respondent. ] | |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds merit in respondent's Motion to Dismiss (Docket Entry No.35). Accordingly, respondent's motion is GRANTED and this action is hereby DISMISSED without prejudice. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner is not yet able to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

Kevin H. Sharp
United States District Judge